JAMES SHANE, Respondent, *v.* NATIONAL BISCUIT COMPANY, Appellant.

*Shane* v. *National Biscuit Co.,* 102 App. Div. 188, affirmed.
(Argued June 13, 1906; decided October 2, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 18, 1905, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for personal injuries alleged to have been sustained through defendant's negligence.

*Frank Gibbons* and *Harry A. Talbot* for appellant.

*Timothy G. Sheehan* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.